JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEK EREM, | Case No.: CV 13-2768 DSF (CWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed on the basis of res judicata,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

5/22/13

Dated: _____          _____
                                   Dale S. Fischer
                                   United States District Judge